# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jorge Mario Cruz-Aragon,<br>A088 522 588<br>_Defendant_ | )<br>)<br>) Case No. 16-9424mj<br>)<br>)<br>) |

DOA 11-17-16

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 17, 2016, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jorge Mario Cruz-Aragon, an alien, was found in the United States of America, at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Phoenix, Arizona, on or about March 20, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Jonathon R. Hornok

☒ Continued on the attached sheet.

_Complainant's signature_
Paul M. Ford
U.S. Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: November 21, 2016

_Judge's signature_

City and state: Phoenix, Arizona

Eileen S. Willett
United States Magistrate Judge
_Printed name and title_

## STATEMENT OF PROBABLE CAUSE

I, Paul M. Ford, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 17, 2016, Border Patrol Agent P. Rivera encountered an individual near Casa Grande, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Jorge Mario Cruz-Aragon, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Cruz-Aragon was transported to the Casa Grande Border Patrol Station for further processing. Cruz-Aragon was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Jorge Mario Cruz-Aragon to be a citizen of Guatemala and a previously deported criminal alien. Cruz-Aragon was removed from the United States to Guatemala through Phoenix, Arizona, on or about March 20, 2015, pursuant to the reinstatement of a removal order issued by an immigration official. There is no record of Cruz-Aragon in any Department of Homeland Security

database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Cruz-Aragon's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jorge Mario Cruz-Aragon was convicted of Trafficking in Controlled Substance, a felony offense, on April 30, 2014, in the District Court, Clark County, Nevada. Cruz-Aragon was sentenced to a maximum of thirty-six (36) months in prison, with a minimum parole eligibility of twelve (12) months. Cruz-Aragon's criminal history was matched to him by electronic fingerprint comparison.

5. On November 18, 2016, Jorge Mario Cruz-Aragon was advised of his constitutional rights. Cruz-Aragon freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 17, 2016, Jorge Mario Cruz-Aragon, an alien, was found in the United States of America, at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Phoenix, Arizona, on or about March 20, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security

to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Paul M. Ford
U.S. Border Patrol Agent


Sworn to and subscribed before me
this 21st day of November, 2016.

_____
Eileen S. Willett
United States Magistrate Judge